UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

ALONZO GERALD RICHARDSON                CIVIL ACTION NO: 16-1610

VERSUS                                  JUDGE DONALD E. WALTER

BOSSIER CASINO VENTURE, INC.            MAGISTRATE JUDGE HORNSBY
_____

## JUDGMENT

For the reasons stated in the foregoing Memorandum Ruling, the Motion for Summary Judgment [Doc. #21] filed by Defendant, Bossier Casino Venture, Inc. is **GRANTED.** All claims brought by Plaintiff, Alonzo Gerald Richardson, are hereby **DISMISSED WITH PREJUDICE**. Any pending motions are hereby **DENIED AS MOOT**. This case is closed.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of February, 2018.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE