**RECEIVED**

*(Rev. 12/6/12)*

MAR 09 2018



OTC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ALONZO GERALD RICHARDSON

Plaintiff

VS.

BOSSIER CASINO VENTURE, INC.

Defendant

Civil Action No. 5:16-CV-01610-DEW-MLH

Judge DONALD E. WALTER

Magistrate Judge MARK L. HORNSBY

## NOTICE OF APPEAL

Notice is hereby given that ALONZO GERALD RICHARDSON(PLAINTIFF)
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

SUMMARY JUDGEMENT
(Order or Judgment)

entered in this action on 02/15/18 .
(Date)

Signed this 9 day of MARCH , 2018.

(Attorney/Pro Se Litigant Signature)

ALONZO GERALD RICHARDSON
(Printed Name)

280 FLOYD EVANS RD
(Street or P.O. Box)

MARSHALL          TX       75672
(City)           (State)  (Zip Code)

562      - 652-7233
(Area)    (Telephone)

## CERTIFICATE OF SERVICE

I HEARBY CERTIFY that on March 9, 2018, a copy of the forgoing *NOTICE OF APPEAL,* was sent to Ms. Penny Nowell by mail at P.O. Box 1534, Shreveport, LA 71165-1534 and was hand delivered to the Clerk of Court.

_____
ALONZO GERALD RICHARDSON, Plaintiff