IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-30334

D.C. Docket No. 5:16-CV-1610

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2019
Lyle W. Cayce
Clerk

ALONZO GERALD RICHARDSON,

    Plaintiff - Appellant

v.

BOSSIER CASINO VENTURE, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Western District of Louisiana

Before KING, HIGGINSON, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**Certified as a true copy and issued
as the mandate on Mar 06, 2019**
Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30334

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2019

ALONZO GERALD RICHARDSON,

    Plaintiff - Appellant

v.

BOSSIER CASINO VENTURE, INCORPORATED,

    Defendant - Appellee

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:16-CV-1610

Before KING, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:*

    Alonzo Gerald Richardson, proceeding *pro se*, appeals the district court's grant of summary judgment to Bossier Casino Venture, Inc. (BCV). Richardson alleges that BCV subjected him to a hostile work environment based on his sex, race, and color, and retaliated against him after he complained about harassment, all in violation of Title VII of the Civil Rights Act of 1964. We affirm.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30334

"Although we liberally construe the briefs of pro se appellants, we also require that arguments must be briefed to be preserved." *Hernandez v. Thaler*, 630 F.3d 420, 426 n.24 (5th Cir. 2011) (quoting *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993)). The "Argument" section of Richardson's opening brief states, in its entirety, that: "(1) There is a genuine dispute as to material facts. (2) The material facts would affect the outcome of the suit under governing law. (3) The court did not view the facts drawing all inferences most favorable to the party opposing the motion." Richardson asks the court to review the evidence he submitted to the district court, but he does not point to specific facts in the record that would create a genuine issue for trial. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986); *see also Willis v. Cleco Corp.*, 749 F.3d 314, 319 (5th Cir. 2014) (finding a claim waived when the appellant failed to "explain, in any perceptible manner, why the facts would allow a reasonable jury to decide in his favor"). Richardson's claims are inadequately briefed, and therefore forfeited. *Id.*

The judgment of the district court is AFFIRMED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

March 06, 2019

Mr. Tony R. Moore  
Western District of Louisiana, Shreveport  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

    No. 18-30334   Alonzo Richardson v. Bossier Casino Venture, Inc.  
                           USDC No. 5:16-CV-1610

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Exhibits to be returned.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Kenneth G. Lotz, Deputy Clerk

cc:  
    Mrs. Penny N. Nowell  
    Mr. Alonzo Gerald Richardson